980 F.2d 724
 Oatess (Dale)
v.
Sobolevitch (Nancy M.), Friedman (Philip B.), Law Firm of
Ambrose and Friedman, Dwyer (James B., Judge), Hawk
(Michelle M.), Pfadt (William E., Honorable), Gilberg (Nancy
E.), Lucas (Timothy), Murphy (Irving), Law Firm of
MacDonald, Illig, Jones and Britton, Lurker (Ralph), Chestek
(Kenneth D.)
 NO. 92-3281
 United States Court of Appeals,
Third Circuit.
 Oct 01, 1992
 
 Appeal From: W.D.Pa.,
 Mencer, J.
 
 
 1
 AFFIRMED.